BUFFALO TRADING COMPANY, INC., Respondent, v. PROVIDENCE-WASHINGTON INSURANCE COMPANY OF PROVIDENCE, RHODE ISLAND, Appellant, Impleaded with Another, Defendant.— Appeal dismissed unless appellant shall file and serve printed record and serve typewritten copy of brief by May fifth and shall be ready for argument any day during following week. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INC., Respondent, v. NIAGARA FIRE INSURANCE COMPANY and GLENS FALLS INSURANCE COMPANY, Appellants, Impleaded with Others, Defendants.— Appeal dismissed unless ready for argument at opening of September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CARL H. RUDIGER, Respondent, v. JOEL PERKINS and Another, Appellants.— Appeal dismissed unless appellants shall be ready for argument at the opening of the September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VALENTINE WOLAK, Appellant.— Motion to dismiss appeal denied, and time for argument extended to May tenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of the CITY OF NIAGARA FALLS for the Acquisition of Land for Street Purposes and to Provide a Natural Slope in Connection with the Construction of an Underground Crossing in Main Street in Said City.— Order modified and as modified affirmed, without costs of this appeal to any party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOSEPH W. DENZINGER and Another, Respondents, v. EDWARD J. KRAMER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARGARET McCUNE, Appellant, v. CHARLES CONNOR and Others, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, without prejudice to a renewal of the motion on proper papers. We do not pass upon the merits of the application. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE CHURCH OF THE GOOD SHEPHERD, Respondent, v. CHARLES H. EVERITT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MOORE-SHAFER SHOE MANUFACTURING COMPANY, Respondent, v. MILDRED SHOE Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.